IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| BONNIE K. YANEZ GONZALEZ, | § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. 3:10-cv-2003-O |
| MICHAEL J. ASTRUE,<br>*Commissioner of Social Security*, | § § § § | |
| Defendant. | § § § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case.  Plaintiff filed objections.  The Court has conducted a *de novo* review of those portions of the proposed findings and recommendation to which objection was made.  The Court finds that the Findings, Conclusions, and Recommendation of the United States Magistrate Judge are correct.  Petitioner's objections are **OVERRULED**, and the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge as the findings of the Court.

Accordingly, Plaintiff's complaint is **DISMISSED** with prejudice.

**SO ORDERED** on this **29th day** of **March, 2012.**

_____
Reed O'Connor
**UNITED STATES DISTRICT JUDGE**